# Application for Multi-Court Exemption from the Judicial Conference's Electronic Public Access (EPA) Fees
## For Individual Researchers Associated with Educational Institutions

| | |
|---|---|
| Applicant's Name: | Conrad Miller |
| Applicant's Title: | Associate Professor of Economics |
| Applicant's Phone Number: | 909-262-3684 |
| Applicant's Email Address: | ccmiller@berkeley.edu |
| Applicant's Mailing Address: | Haas School of Business, UC Berkeley, 545 Student Services #19( |

1. Are you an individual researcher associated with an educational institution, or a student associated with an educational institution conducting academic research under the supervision of a professor or instructor?
   ☒ Yes
   ☐ No

2. Please identify your status. [Certification Requirement] Please attach a letter from the professor/instructor who certifies this research is for a course project, thesis, dissertation, or other academic product.
   ☐ High School student
   ☐ Undergraduate Student
   ☐ Graduate/Professional Student
   ☒ Faculty/Lecturer
   ☐ Post-Doctoral Researcher
   ☐ Certification program student.

3. Please provide the name and type of educational institution you and your research are associated with.
   Name of Institution: University of California, Berkeley

   ☐ Community/Junior College
   ☒ Four-year college or university
   ☐ Post-graduate program
   ☐ Other degree conferring program, including secondary school program.
   ☐ Professional skills certification program
   ☐ Other non-degree conferring program. Explain:

   _____

4. Is the associated educational institution duly accredited and located in the United States? You may search this site https://ope.ed.gov/dapip/#/home to determine whether your institution has been accredited in the United States.
   ☒ Yes
   ☐ No

5. Do you and/or your affiliated academic institution plan to sell the product of your research?
   ☐ Yes
   ☒ No

6. Do you plan to re-distribute the product of your research? If so, please describe the manner in which it will be re-distributed?

   > Yes. The product of my research will be re-distributed only in the form of scholarly and public-interest outputs. I anticipate publishing results in peer-reviewed academic journals and in reports aimed at a broader public audience. All results will be reported only in aggregate form, and no individual case files or documents obtained through PACER will

7. Please describe your research project, including the hypothesis or thesis that your research will support. You may be required to provide additional information.

   > I am conducting an academic (non-commercial) research project on employment discrimination litigation in federal courts. The project focuses on civil employment discrimination cases brought under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act (ADEA), and the Americans with Disabilities Act

8. Please describe what resources are needed from PACER and why. Limitation in scope is demonstrated by narrowly tailoring the amount of exempt access requested to meet the needs of the defined research project.

   > This is a defined, non-commercial research project limited in scope to civil employment discrimination cases under Title VII, ADEA, and ADA in select U.S. district courts between 2004 and 2024. To carry out the project, I need access to a limited set of documents:

9. Please estimate of the number and type(s) of cases and/or documents needed to accomplish your research.

   > The project will focus on roughly 100,000 civil employment discrimination cases filed between 2004 and 2024 in select U.S. district courts where plaintiffs allege discrimination under Title VII, ADEA, or ADA. I identify employment discrimination cases using nature of suit codes 442 and 445 in the Federal Judicial Center Integrated Database. For each case, I anticipate needing:

10. Please indicate whether you intend to conduct your research using manual searches or by running a data script or some other computer-aided search and/or retrieval process.

> I anticipate using a combination of manual searches and computer-aided retrieval tools. I will use targeted manual searches in PACER to identify relevant civil employment discrimination cases and to locate key documents within each docket. If permitted, I may also use computer-aided tools to help retrieve documents more efficiently, while fully complying with any technical or usage constraints set by the courts (for example, limiting

11. What is the period of time for which you are requesting the PACER fee exemption? Please note that you must provide a specific timeframe. You may not request an exemption for an indefinite time period.

> I am requesting a PACER fee exemption for a one-year period to complete the data collection and coding for this project.
>
> I expect to complete the PACER data collection and coding over approximately one year from the start of the exemption period, and I am not seeking an exemption beyond this

12. Please select the courts from which you are requesting PACER fee exemptions.

### Courts of Appeal

- ☐ All Courts of Appeal
- ☐ First Circuit
- ☐ Second Circuit
- ☐ Third Circuit
- ☐ Fourth Circuit
- ☐ Fifth Circuit
- ☐ Sixth Circuit
- ☐ Seventh Circuit
- ☐ Eighth Circuit
- ☐ Ninth Circuit
- ☐ Tenth Circuit
- ☐ Eleventh Circuit
- ☐ D.C Circuit
- ☐ Federal Circuit

### Bankruptcy Appellate Panels (BAP)

- ☐ First Circuit - BAP
- ☐ Sixth Circuit - BAP
- ☐ Eighth Circuit - BAP
- ☐ Ninth Circuit - BAP
- ☐ Tenth Circuit - BAP

### District Courts

| | | | |
|---|---|---|---|
| ☐ All District Courts | ☒ Idaho | ☒ Montana | ☐ Puerto Rico |
| ☐ Alabama Middle | ☐ Illinois Central | ☒ Nebraska | ☐ Rhode Island |
| ☐ Alabama Northen | ☐ Illinois Northern | ☒ Nevada | ☐ South Carolina |
| ☐ Alabama Southern | ☐ Illinois Southern | ☐ New Hampshire | ☒ South Dakota |
| ☐ Alaska | ☒ Indiana Northern | ☒ New Jersey | ☒ Tennessee Eastern |
| ☒ Arizona | ☒ Indiana Southern | ☒ New Mexico | ☒ Tennessee Middle |
| ☐ Arkansas Eastern | ☒ Iowa Northern | ☐ New York Eastern | ☒ Tennessee Western |

| | | | |
|---|---|---|---|
| ☐ Arkansas Western | ☒ Iowa Southern | ☐ New York Northern | ☐ Texas Eastern |
| ☒ California Central | ☒ Kansas | ☐ New York Southern | ☐ Texas Northern |
| ☒ California Eastern | ☐ Kentucky Eastern | ☐ New York Western | ☐ Texas Southern |
| ☒ California Northern | ☐ Kentucky Western | ☐ North Carolina Eastern | ☐ Texas Western |
| ☒ California Southern | ☒ Louisiana Eastern | ☐ North Carolina Middle | ☒ Utah |
| ☒ Colorado | ☒ Louisiana Middle | ☐ North Carolina Western | ☐ Vermont |
| ☒ Connecticut | ☒ Louisiana Western | ☒ North Dakota | ☐ Virgin Islands |
| ☒ Delaware | ☒ Maine | ☐ Northern Mariana Islands | ☒ Virginia Eastern |
| ☐ District of Columbia | ☒ Maryland | ☐ Ohio Northern | ☒ Virginia Western |
| ☐ Florida Middle | ☒ Massachusetts | ☐ Ohio Southern | ☒ Washington Eastern |
| ☐ Florida Northern | ☐ Michigan Eastern | ☒ Oklahoma Eastern | ☒ Washington Western |
| ☐ Florida Southern | ☐ Michigan Western | ☒ Oklahoma Northern | ☒ West Virginia Northern |
| ☐ Georgia Middle | ☒ Minnesota | ☒ Oklahoma Western | ☒ West Virginia Southern |
| ☐ Georgia Northern | ☐ Mississippi Northern | ☐ Oregon | ☒ Wisconsin Eastern |
| ☐ Georgia Southern | ☐ Mississippi Southern | ☒ Pennsylvania Eastern | ☒ Wisconsin Western |
| ☐ Guam | ☐ Missouri Eastern | ☒ Pennsylvania Middle | ☒ Wyoming |
| ☐ Hawaii | ☐ Missouri Western | ☒ Pennsylvania Western | |

Bankruptcy Courts

| | | | |
|---|---|---|---|
| ☐ All Bankruptcy Courts | ☐ Idaho | ☐ Montana | ☐ Puerto Rico |
| ☐ Alabama Middle | ☐ Illinois Central | ☐ Nebraska | ☐ Rhode Island |
| ☐ Alabama Northen | ☐ Illinois Northern | ☐ Nevada | ☐ South Carolina |
| ☐ Alabama Southern | ☐ Illinois Southern | ☐ New Hampshire | ☐ South Dakota |
| ☐ Alaska | ☐ Indiana Northern | ☐ New Jersey | ☐ Tennessee Eastern |
| ☐ Arizona | ☐ Indiana Southern | ☐ New Mexico | ☐ Tennessee Middle |
| ☐ Arkansas Eastern | ☐ Iowa Northern | ☐ New York Eastern | ☐ Tennessee Western |
| ☐ Arkansas Western | ☐ Iowa Southern | ☐ New York Northern | ☐ Texas Eastern |
| ☐ California Central | ☐ Kansas | ☐ New York Southern | ☐ Texas Northern |
| ☐ California Eastern | ☐ Kentucky Eastern | ☐ New York Western | ☐ Texas Southern |
| ☐ California Northern | ☐ Kentucky Western | ☐ North Carolina Eastern | ☐ Texas Western |
| ☐ California Southern | ☐ Louisiana Eastern | ☐ North Carolina Middle | ☐ Utah |
| ☐ Colorado | ☐ Louisiana Middle | ☐ North Carolina Western | ☐ Vermont |
| ☐ Connecticut | ☐ Louisiana Western | ☐ North Dakota | ☐ Virgin Islands |
| ☐ Delaware | ☐ Maine | ☐ Northern Mariana Islands | ☐ Virginia Eastern |
| ☐ District of Columbia | ☐ Maryland | ☐ Ohio Northern | ☐ Virginia Western |
| ☐ Florida Middle | ☐ Massachusetts | ☐ Ohio Southern | ☐ Washington Eastern |

| | | | |
|---|---|---|---|
| ☐ Florida Northern | ☐ Michigan Eastern | ☐ Oklahoma Eastern | ☐ Washington Western |
| ☐ Florida Southern | ☐ Michigan Western | ☐ Oklahoma Northern | ☐ West Virginia Northern |
| ☐ Georgia Middle | ☐ Minnesota | ☐ Oklahoma Western | ☐ West Virginia Southern |
| ☐ Georgia Northern | ☐ Mississippi Northern | ☐ Oregon | ☐ Wisconsin Eastern |
| ☐ Georgia Southern | ☐ Mississippi Southern | ☐ Pennsylvania Eastern | ☐ Wisconsin Western |
| ☐ Guam | ☐ Missouri Eastern | ☐ Pennsylvania Middle | ☐ Wyoming |
| ☐ Hawaii | ☐ Missouri Western | ☐ Pennsylvania Western | |

National Courts
☐ Judicial Panel on Multidistrict Litigation
☐ U.S. Court of Federal Claims
☐ U.S. Court of International Trade

13. In support of this application, I certify the following:
    a. An exemption from the Judicial Conference's EPA Fee is necessary in order to avoid unreasonable burdens and to promote public access to information.

    b. I understand that any authorized fee exemption will apply only to me, will be valid only for the purposes stated above and will apply only to the electronic case files of the court(s) indicated above that are available through the PACER service.

    c. I agree that any data I receive through this exemption will not be sold for profit, will not be transferred, will not be used for commercial purposes, and will not be redistributed via the Internet; and

    d. I declare that all the information I have provided on this application is true, and I understand that a false statement may result in termination of my exempt access and an assessment of Electronic Public Access usage fees.

    e. I certify that I have read the instructions and am aware of the available resources to obtain judicial opinions and data on case filings outside of PACER and that additional information from PACER is required to accomplish my research objective.

Signature _[signature]_____